UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEVEN HENRY ZAMORA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>G. D. LEWIS,<br><br>　　　　Respondent. | Case No. CV 11-05544 SJO (AN)<br><br>JUDGMENT |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the Magistrate Judge's Report and Recommendation.

Dated:   October 20, 2011

　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE